RICHARD GOENNE *v.* AETNA LIFE
AND CASUALTY COMPANY
(15233)

Dupont, C. J., and Spear and Hennessy, Js.

Argued February 26—officially released April 1, 1997

Per Curiam. The judgment is affirmed.

J. IAPALUCCIO, INC. *v.* GERALDINE
ANDERSON ET AL.
(16005)

Foti, Lavery and Hennessy, Js.

Submitted on briefs March 6—officially released April 1, 1997

Per Curiam. The judgment is affirmed.

VINCENT MARONE *v.* CITY OF WATERBURY
(16159)

O'Connell, Foti and Lavery, Js.

Submitted on briefs March 6—officially released April 1, 1997

Per Curiam. The judgment is affirmed.